UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-57-D

DANIEL J. WILLIS, )
)
        Plaintiff, )
)
v. )    **ORDER**
)
JEFFREY LYNN, et al., )
)
        Defendant. )

For the reasons stated in the memorandum of law of defendants Jeffrey Lynn, Sheron Lynn, and Driver Heating & Cooling [D.E. 15] and memorandum of law of defendants Paul Ingram and Jones County Housing Inspection [D.E. 18], the court GRANTS defendants' motions to dismiss [D.E. 14, 17] and DISMISSES WITH PREJUDICE plaintiff's complaint.

SO ORDERED. This 15 day of July, 2022.

                                                  JAMES C. DEVER III
                                                United States District Judge