UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DANIEL J. WILLIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY LYNN, SHERON LYNN, PAUL )<br>INGRAM, DRIVER HEATING AND COOLING )<br>CORP., and JONE COUNTY HOUSING )<br>INSPECTIONS, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 4:22-CV-57-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 14, 17] and DISMISSES WITH PREJUDICE plaintiff's complaint.

**This Judgment Filed and Entered on July 15, 2022, and Copies To:**

| | |
|---|---|
| Daniel J. Willis | (Sent to 105 Cherry St. Trenton, NC 28585 via US Mail) |
| Raymond Earl Dunn, Jr. | (via CM/ECF electronic notification) |
| Brian F. Castro | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| July 15, 2022 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |