IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-57-D

| | | |
|---|---|---|
| DANIEL J. WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JEFFREY LYNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On July 15, 2022, this court granted defendants' motions to dismiss [D.E. 22] and the Clerk of Court entered judgment and closed the case [D.E. 23]. On July 21, 2022, plaintiff filed a reply to this court's order seeking permission to appeal. See [D.E. 25]. On August 16 and 18, 2022, plaintiff requested movement of his complaint to the United States Court of Appeals for the Fourth Circuit. See [D.E. 26, 27]. In light of this court's dismissal, this court's judgment, and plaintiff's pending appeal, plaintiff's motions [D.E. 25, 26, 27] are DISMISSED. Plaintiff may file an appeal with the United States Court of Appeals for the Fourth Circuit if he so chooses.

SO ORDERED. This 26 day of August, 2022

JAMES C. DEVER III
United States District Judge